# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         NO.  4:05CR00305-010 SWW

KRISTY CASTELLI


### ORDER

Pending before the Court is defendant's *pro se* motion for a reduction of her sentence imposed on May 9, 2007. The Court is has carefully considered defendant's motion and finds that the motion should be, and it hereby is, denied.  Even if the rulings cited by defendant were applied retroactively to give this Court discretion to modify a sentence previously imposed, this Court would find that the sentence of 23 months is reasonable and fair pursuant to the factors listed in 18 U.S.C. §3553(a).

IT IS SO ORDERED this 30th  day of May, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE